**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PHL VARIABLE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-315-RGA |
| | ) | |
| THE VIRGINIA L. LANKOW | ) | |
| LIFE INSURANCE TRUST, by and through its | ) | |
| trustee, WILMINGTON SAVINGS FUND | ) | |
| SOCIETY, FSB, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff and defendant hereby stipulate, subject to approval of the Court, that the time for defendant to move, answer or otherwise respond to the Complaint is hereby extended from April 5, 2012 to May 29, 2012.  Defendant has requested the extension because its attorneys were retained on April 3, 2012 and need time to prepare the response to the Complaint.

ASHBY & GEDDES                          SMITH, KATZENSTEIN & JENKINS LLP


 _/s/ Richard D. Heins_                   _/s/ Robert J. Katzenstein_
Richard D. Heins (ID No. 3000)           Robert J. Katzenstein (ID No. 378)
Tiffany Geyer Lydon (ID No. 3950)        800 Delaware Avenue, 10th Floor
500 Delaware Avenue, 8th Floor           P.O. Box 410
P.O. Box 1150                            Wilmington, DE  19899
Wilmington, DE 19899                     (302) 652-8400
(302) 654-1888                           rjk@skjlaw.com
rheins@ashby-geddes.com
tlydon@ashby-geddes.com                  Attorney for Defendant the Virginia L.
                                         Lankow Life Insurance Trust, by and
Attorneys for Plaintiff                  through its trustee, Wilmington Savings
PHL Variable Insurance Company           Fund Society, FSB


APPROVED AND SO ORDERED this _____ day of _____,

2012.


_____
Judge Richard G. Andrews

{12074:STIP:10168489.DOC}