IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHL VARIABLE INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-315-RGA |
| | : | |
| VIRGINIA L. LANKOW LIFE INSURANCE TRUST, | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Defendant's Motion to Dismiss or Strike (D.I. 10) is **GRANTED**.  Defendant

objects to the Plaintiff's request as a remedy that it be allowed to keep the premiums or

"alternatively" that it be allowed to recover amounts paid to brokers and damages.  Defendant

states that this Court has previously ruled that Delaware law prohibits an insurance company

from keeping the premiums when a policy is declared void *ab initio* for lack of an insurable

interest at inception.  *See Principal Life Ins. Co. v. Lawrence Rucker 2007 Insurance Trust*, 774

F.Supp.2d 674, 682 (D.Del. 2011) (reviewing relevant Delaware cases).  That declaration is

exactly what Plaintiff seeks in this case. (D.I. 1, ¶ 1).  Thus, the request that Plaintiff be allowed

to retain the premiums (but not the request for amounts paid to brokers and damages) is

**STRUCK**.

United States District Judge